**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GERALD T. ANDERSON,**

        **Plaintiff,**

**-vs-**                                      **Case No.  6:06-cv-506-Orl-31KRS**

**ORLANDO POLICE DEPARTMENT,**
**CITY OF ORLANDO,**

        **Defendant.**

_____

## ORDER

Upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 5), it is

**ORDERED** that in light of the Amended Complaint filed at Doc. 7, Defendant's Motion to Dismiss is DENIED, as moot.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 19, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE